IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00778 CW |
| | ) | |
| Plaintiff, | ) | **ORDER ALLOWING RUDOLFO** |
| | ) | **TORRES TO LISTEN TO CASSETTE** |
| vs. | ) | **TAPES AT SANTA RITA JAIL** |
| | ) | |
| RUDOLFO TORRES et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Rudolfo Torres is a defendant in the above-captioned case and is being detained at Santa Rita Jail. The Federal Public Defender's Office represents Mr. Torres. On Mr. Torres' behalf, the Federal Public Defender's Office has received a number of tape recordings from the government. Mr. Torres is entitled to listen to those recordings.

IT IS HEREBY ORDERED that Santa Rita Jail shall accept cassette tapes and a cassette player and batteries in an unopened package from Rebecca Silbert or another Assistant Federal Public Defender representing Mr. Torres. IT IS FURTHER ORDERED that Santa Rita Jail shall makes the tapes and the tape player available to Mr. Torres at a reasonable time and in a reasonable manner, so that Mr. Torres may listen to the tapes.

Date: 1/8/07

*Claudia Wilken*

Honorable Claudia Wilken
United States District Judge
Northern District of California

Order re tapes, 06-00778 CW                    1