BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00778 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING OPPOSITION** |
| vs. | ) | **AND HEARING DATE FOR MOTION** |
| | ) | |
| RODOLFO TORRES, et al. | ) | Current Hearing Date: February 26, 2007 |
| | ) | Requested Date: April 16, 2007 |
| Defendant. | ) | |
| _____ | ) | |

    On February 12, 2007, defendant Rodolfo Torres filed a motion to compel disclosure of the confidential informant and motion to suppress arising from the search warrant. In addition, the government produced extensive discovery on January 24, 2007, and defense counsel for all defendants continue to follow up on that new discovery. Finally, concurrent with the review of the new discovery and resulting investigation, the parties are engaged in productive discussions to settle this matter.

    For all of these reasons, the parties stipulate and agree that the due date for the government's response to the pending motions shall be continued to March 26, 2007, the date for the defense replies shall be continued to April 9, 2007, and the hearing on the motions shall be

1  continued to April 16, 2007, at 2:00 p.m.  In addition, the parties stipulate and agree that time

2  should be excluded between February 12, 2007 and April 16, 2007 due to the pending motions,

3  and due to the ongoing investigation by defense counsel and continuing settlement discussions.

4  The parties agree that the ends of justice served by the continuance requested herein outweigh the

5  best interest of the public and the defendant in a speedy trial because the failure to grant the

6  continuance would deny the counsel for the defendant the reasonable time necessary for effective

7  preparation, taking into account the exercise of due diligence.  Time should therefore be

8  excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and § 3161(h)(8)(A) and (B)(iv).

/S/

Date: 2/8/07    Rebecca Sullivan Silbert/John Paul Reichmuth
                Assistant Federal Public Defenders
                Counsel for defendant Rodolfo Torres

/S/

Date: 2/8/07    Michael Hinckley
                Counsel for defendant Francisco Cuamba

/S/

Date: 2/8/07    Richard Tamor
                Counsel for defendant Abraham Carmona

/S/

Date: 2/8/07    Garrick Lew
                Counsel for defendant Juan Mendez-Martinez

/S/

Date: 2/8/07    Gail Shifman
                Counsel for defendant Valentin Mendez-Martinez

/S/

Date: 2/8/07    Steve Corrigan
                Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

1     Based on the reasons provided in the stipulation of the parties above, the Court hereby
2 orders that the date for the government's oppositions to the pending motions is continued to
3 March 26, 2007, the date for the defense replies is continued to April 9, 2007, and the hearing on
4 the motions is continued to April 16, 2007 at 2:00 p.m.  The Court further finds that the ends of
5 justice served by the continuance requested herein outweigh the best interest of the public and the
6 defendant in a speedy trial because the failure to grant the continuance would deny the counsel
7 for the defendant the reasonable time necessary for effective preparation, taking into account the
8 exercise of due diligence.  The Court makes this finding because the parties continue to
9 investigate the new discovery, and because the parties are engaging in settlement discussions.

10     Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
11 is continued to April 16, 2007 at 2:00 p.m., and that time is excluded from February 12, 2007 to
12 April 16, 2007 pursuant to 18 U.S.C. §§3161(h)(1)(F) and (h)(8)(A) and (B)(iv).

13     IT IS SO ORDERED.

15     2/14/07

Date                                      Honorable Claudia Wilken
                                             Judge, United States District Court
                                             Northern District of California