```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
 5
    Counsel for Defendant TORRES
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  No. CR-06-00778 CW
                                     )
12              Plaintiff,           )  STIPULATION AND [PROPOSED]
                                     )  ORDER CONTINUING OPPOSITION
13  vs.                              )  AND HEARING DATE FOR MOTION
                                     )
14  RODOLFO TORRES, et al.           )  Hearing Date: April 16, 2007
                                     )  Requested Date: May 30, 2007
15              Defendant.           )
    _____)
16
```

17    On February 12, 2007, defendant Rodolfo Torres filed a motion to compel disclosure of

18 the confidential informant and motion to suppress arising from the search warrant.  In addition,

19 the government produced extensive discovery on January 24, 2007, and defense counsel for all

20 defendants continue to follow up on that new discovery.  Finally, concurrent with the review of

21 the new discovery and resulting investigation, the parties are engaged in productive discussions

22 to settle this matter.  There are numerous recordings in Spanish in this case.

23    For all of these reasons, the parties stipulate and agree that the due date for the

24 government's response to the pending motions shall be continued to May 16, 2007, the date for

25 the defense replies shall be continued to May 23, 2007, and the hearing on the motions shall be

26 continued to May 30, 2007, at 2:00 p.m.  In addition, the parties stipulate and agree that time

Stip to Continue, 06-00778 CW                    1

1 should be excluded between April 16, 2007 and May 30, 2007 due to the pending motions, and
2 due to the ongoing investigation by defense counsel and continuing settlement discussions. The
3 parties agree that the ends of justice served by the continuance requested herein outweigh the best
4 interest of the public and the defendant in a speedy trial because the failure to grant the
5 continuance would deny the counsel for the defendant the reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence. Time should therefore be
7 excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and § 3161(h)(8)(A) and (B)(iv).

_____        /s/
Date                             John Paul Reichmuth
                                 Assistant Federal Public Defenders
                                 Counsel for defendant Rodolfo Torres

_____        /s/
Date                             Michael Hinckley
                                 Counsel for defendant Francisco Cuamba

_____        /s/
Date                             Richard Tamor
                                 Counsel for defendant Abraham Carmona

_____        /s/
Date                             Garrick Lew
                                 Counsel for defendant Juan Mendez-Martinez

_____        /s/
Date                             Gail Shifman
                                 Counsel for defendant Valentin Mendez-Martinez

_____        /s/
Date                             Stephen G. Corrigan
                                 Assistant United States Attorney

     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.         /S/ John Paul Reichmuth
     _____                                       Counsel for Defendant Torres

Based on the reasons provided in the stipulation of the parties above, the Court hereby orders that the date for the government's oppositions to the pending motions is continued to May 16, 2007, the date for the defense replies is continued to May 23, 2007, and the hearing on the motions is continued to May 30, 2007 at 2:00 p.m. The Court further finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, and because the parties are engaging in settlement discussions.

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 30, 2007 at 2:00 p.m., and that time is excluded from April 16, 2007 to May 30, 2007 pursuant to 18 U.S.C. §§3161(h)(1)(F) and (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

5/30/07

Date

Honorable Claudia Wilken
Judge, United States District Court
Northern District of California