| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
|   | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
|   | Telephone: (510) 637-3500 |
| 5 | |
|   | Counsel for Defendant TORRES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-00778 CW |
|---|---|---|
| | ) | AMENDED |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING OPPOSITION** |
| vs. | ) | **AND HEARING DATE FOR MOTION** |
| | ) | |
| RODOLFO TORRES, et al. | ) | Hearing Date: April 16, 2007 |
| | ) | Requested Date: May 30, 2007 |
| Defendant. | ) | |
| _____ | ) | |

      On February 12, 2007, defendant Rodolfo Torres filed a motion to compel disclosure of the confidential informant and motion to suppress arising from the search warrant. In addition, the government produced extensive discovery on January 24, 2007, and defense counsel for all defendants continue to follow up on that new discovery. Finally, concurrent with the review of the new discovery and resulting investigation, the parties are engaged in productive discussions to settle this matter. There are numerous recordings in Spanish in this case.

      For all of these reasons, the parties stipulate and agree that the due date for the government's response to the pending motions shall be continued to May 16, 2007, the date for the defense replies shall be continued to May 23, 2007, and the hearing on the motions shall be continued to May 30, 2007, at 2:00 p.m. In addition, the parties stipulate and agree that time

Stip to Continue, 06-00778 CW                      1

should be excluded between April 16, 2007 and May 30, 2007 due to the pending motions, and due to the ongoing investigation by defense counsel and continuing settlement discussions. The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time should therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and § 3161(h)(8)(A) and (B)(iv).

_____          \_\_\_\_/s/_____
Date                                                                  John Paul Reichmuth
                                                                              Assistant Federal Public Defenders
                                                                              Counsel for defendant Rodolfo Torres

_____          \_\_\_\_/s/_____
Date                                                                  Michael Hinckley
                                                                              Counsel for defendant Francisco Cuamba

_____          \_\_\_\_/s/_____
Date                                                                  Richard Tamor
                                                                              Counsel for defendant Abraham Carmona

_____          \_\_\_\_/s/_____
Date                                                                  Garrick Lew
                                                                              Counsel for defendant Juan Mendez-Martinez

_____          \_\_\_\_/s/_____
Date                                                                  Gail Shifman
                                                                              Counsel for defendant Valentin Mendez-Martinez

_____          \_\_\_\_/s/_____
Date                                                                  Stephen G. Corrigan
                                                                              Assistant United States Attorney

   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          \_/S/ John Paul Reichmuth\_
_____                                                                  Counsel for Defendant Torres

Stip to Continue, 06-00778 CW                                 2

1
2      Based on the reasons provided in the stipulation of the parties above, the Court hereby
3  orders that the date for the government's oppositions to the pending motions is continued to May
4  16, 2007, the date for the defense replies is continued to May 23, 2007, and the hearing on the
5  motions is continued to May 30, 2007 at 2:00 p.m.  The Court further finds that the ends of
6  justice served by the continuance requested herein outweigh the best interest of the public and the
7  defendant in a speedy trial because the failure to grant the continuance would deny the counsel
8  for the defendant the reasonable time necessary for effective preparation, taking into account the
9  exercise of due diligence.  The Court makes this finding because the parties continue to
10  investigate the new discovery, and because the parties are engaging in settlement discussions.
11      Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
12  is continued to May 30, 2007 at 2:00 p.m., and that time is excluded from April 16, 2007 to May
13  30, 2007 pursuant to 18 U.S.C. §§3161(h)(1)(F) and (h)(8)(A) and (B)(iv).
14      IT IS SO ORDERED.

15   4/24/07
16   ~~5/30/07~~                                    /s/ Claudia Wilken

17   Date                                            Honorable Claudia Wilken
                                                    Judge, United States District Court
18                                                  Northern District of California

19
20
21
22
23
24
25
26

Stip to Continue, 06-00778 CW                3